## CATHCART V. WEBB & MORGAN.

*Assumpsit.*

(Decided Feb. 7, 1907.)

APPEAL from Jackson Circuit Court.
Heard before Hon. W. W. HARALSON.
No counsel marked for appellant.
BILBRO & MOODY, for appellee.
Per curiam. Affirmed on certificate.

---

## CENTRAL IRON & COAL CO., ET AL. V. ADDINGTON.

*Injunction.*

(Decided April 11, 1907.)

APPEAL from Tuscaloosa Chancery Court.
Heard before Hon. A. H. BENNERS.
H. A. JONES, for appellant.
SMITH & SMITH, and VAUGHAN & DAVIDSON, for appellee.

McCLELLAN, J.—Affirmed on the authority of *Central I. & C. Co. v. Vanderheurk*, 147 Ala. 546.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## CHANDLER V. THE STATE.

*Habeas Corpus.*

(Decided March 2, 1907.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. S. L. WEAVER.
W. K. SMITH, for appellant.
MASSEY WILSON, Attorney General, for the State.

DOWDELL, J.—Affirmed on the court's finding on the fact.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.